**DISMISS and Opinion Filed June 29, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00328-CV

**ELDA TELLE, Appellant**
**V.**
**CAPITAL TITLE OF TEXAS, LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01185-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Goldstein

On May 26, 2022, the parties filed a joint motion to dismiss this appeal.

This Court hereby grants the motion to dismiss and orders the appeal

dismissed. *See* TEX. R. APP. P. 42.1(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210328F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ELDA TELLE, Appellant

No. 05-21-00328-CV        V.

CAPITAL TITLE OF TEXAS, LLC,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-01185-2021.

Opinion delivered by Justice
Goldstein. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered June 29, 2022.